UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDON LEE STANLEY,

        Plaintiffs,

v.

FEDERAL BUREAU OF PRISONS, et. al.,

        Defendant.

Case No. C15-256 RSL-BAT

**ORDER APPOINTING PRO BONO COUNSEL TO REPRESENT THE PLAINTIFF**

On July 14, 2017, the Court granted the plaintiff's motion for appointment of pro bono counsel for all further proceedings. Dkt. 44. The Court ORDERS:

1. The Court appoints Ben Hodges (WSBA No. 49301), as lead counsel, Adrienne McKelvey (WSBA No. 50990), Spencer Coates (WSBA No. 49683), and Christopher Rogers (WSBA No. 49634) of the law firm Foster Pepper, 1111 Third Avenue, Suite 3400 Seattle, WA 98101, (206) 447-4400, as pro bono counsel for plaintiff, Brandon Lee Stanley. The appointment is made pursuant to the "Plan and Rules of the United States District Court for the Western District of Washington at Seattle for the Representation of Pro Se Litigants."

2. Pro Bono counsel is directed to file a Notice of Appearance within ten (10) calendar days. If counsel is unable for any reason set forth in the Rules to assume this representation, a motion for relief from appointment should immediately be filed with the

ORDER APPOINTING PRO BONO COUNSEL TO REPRESENT
THE PLAINTIFF - 1

assigned judge.

3. In the event plaintiff is a prevailing party, appointed counsel may move for an award of attorney's fees under any applicable authority. The Court is unable to assure counsel of compensation from any other source, however.

The Clerk shall provide a copy of this Order to all counsel.

DATED this 24th day of August, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER APPOINTING PRO BONO COUNSEL TO REPRESENT
THE PLAINTIFF - 2