# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BRANDON LEE STANLEY,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et. al.,

    Defendant.

CASE NO. C15-256 RSL-BAT

**ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT**

## I. INITIAL SCHEDULING DATES

The Court sets the following dates for initial disclosure and submission of the Joint Status Report and Discovery Plan:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 9/18/2017 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 10/2/2017 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 10/23/2017 |

The deadlines above may be extended only by the Court. Requests for extension should be made by e-mail to Agalelei Elkington, Courtroom Deputy, at agalelei_elkington@wawd.uscourts.gov. The parties are directed to meet and confer before contacting the court to request an extension.

## II. JOINT STATUS REPORT & DISCOVERY PLAN

Counsel are directed to confer and submit a combined Joint Status Report and Discovery Plan (the "Report") by October 23, 2017. The Report must contain the following information by corresponding paragraph numbers:

1. A proposed deadline for joining additional parties.

2. The parties have the right to consent to assignment of this case to United States Magistrate Judge Brian Tsuchida pursuant to 28 U.S.C. §636(c) and Local Rule MJR 13 to conduct all proceedings. The parties should indicate whether they agree that the Honorable Brian A. Tsuchida may conduct all proceedings including trial and the entry of judgment. When responding to this question, the parties should only respond "yes" or "no". A "yes" response should be indicated only if all parties consent. Otherwise, a "no" response should be provided.

3. A discovery plan setting forth the parties' proposals on all items set forth in Fed. R. Civ. P. 26(f)(3), including:

   (A) initial disclosures;
   (B) subjects, timing, and potential phasing of discovery;
   (C) electronically stored information;
   (D) privilege issues;
   (E) proposed limitations on discovery; and
   (F) the need for any discovery related orders.

4. The parties' proposals on all items set forth in Local Civil Rule 26(f)(1), including:

   (A) prompt case resolution;
   (B) alternative dispute resolution;

| | | | |
|---|---|---|---|
| 1 | | (C) | related cases; |
| 2 | | (D) | discovery management; |
| 3 | | (E) | anticipated discovery sought; |
| 4 | | (F) | phasing motions; |
| 5 | | (G) | preservation of discoverable information; |
| 6 | | (H) | privilege issues; |
| 7 | | (I) | Model Protocol for Discovery of ESI; and |
| 8 | | (J) | alternatives to Model Protocol. |

5. The date by which discovery can be completed.

6. Whether the pretrial statements and pretrial order called for by Local Civil Rules 16(e), (h), (i), and (k), and 16.1 should be dispensed with.

7. Whether the parties intend to utilize the Individualized Trial Program set forth in Local Civil Rule 39.2 or any ADR options set forth in Local Civil Rule 39.1.

8. The date the case will be ready for trial.

9. Whether the trial will be jury or non-jury.

10. The number of trial days required.

11. The names, addresses, and telephone numbers of all trial counsel.

12. If the parties cannot agree on any part of the Report, they may answer in separate paragraphs. No separate reports are to be filed.

### III. EARLY SETTLEMENT CONSIDERATION AND NOTIFICATION

If settlement is achieved, counsel shall immediately notify Agalelei Elkington, Courtroom Deputy, at agalelei_elkington@wawd.uscourts.gov.

1 | The parties are responsible for complying with the terms of this Order. The Court may
2 | impose sanctions on any party who fails to comply fully with this Order.
3 | DATED this 28 day of August, 2017.

/s/ *signature*
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER REGARDING INITIAL
DISCLOSURES, JOINT STATUS REPORT,
AND EARLY SETTLEMENT - 4