UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDON LEE STANLEY,

                    Plaintiff,

        v.

FEDERAL BUREAU OF PRISONS, et. al.,

                    Defendant.

CASE NO. C15-256 RSL-BAT

**ORDER GRANTING STIPULATED
MOTION TO EXTEND
DISCLOSURE DEADLINES**

        On October 2, 2017, Defendants filed a stipulated motion to extend the initial discovery

deadline to **October 16, 2017.** Accordingly, the Court **GRANTS** the motion. The Clerk is

directed to send copies of the order to all parties and counsel of record.

        DATED this 2nd day of October, 2017.

_____

BRIAN A. TSUCHIDA
United States Magistrate Judge