District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDON LEE STANLEY,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. 15-cv-0256-RSL

STIPULATION AND ~~PROPOSED~~
ORDER TO STAY CASE PENDING
RELEASE FROM CUSTODY

**Noted for consideration:
August 29, 2018.**

## JOINT STIPULATION

The parties hereby STIPULATE and AGREE as to the following:

1) On June 4, 2018, Plaintiff Stanley was transferred by the Bureau of Prisons ("BOP") to a Residential Reentry Center ("RRC") located in Tacoma, Washington.

2) On June 26, 2018, Plaintiff did not return to the RRC and was listed as "escaped" on the BOP inmate locator.

3) On July 10, 2018, Plaintiff was booked into the King County Jail and on July 13, 2018, Plaintiff was transferred back into the custody of the United States Marshals Service.

4) Plaintiff is currently housed in the Federal Detention Center at Sea-Tac, Washington, with an expected release date of October 21, 2018.

STIPULATION AND ~~PROPOSED~~ ORDER TO STAY CASE PENDING
RELEASE FROM CUSTODY [Case No. 15-cv-0256-RSL]- 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

5)      Due to Plaintiff's prior incarceration, transition to the RRC, subsequent escape, arrest and re-incarceration, the parties have not been able to engage in the necessary discovery within the timeframe set by the Court. Consequently, the parties jointly request that the Court stay the case pending Plaintiff's release from custody based on his current charges and reset the trial date and pretrial deadlines in accordance thereto.

DATED this 29th day of August, 2018.

| FOSTER PEPPER PLLC | ANNETTE L. HAYES<br>United States Attorney |
|---|---|
| *s/ Ben Hodges*<br>BEN HODGES, WSBA No. 49301<br>1111 Third Avenue, Suite 3000<br>Seattle, WA 98101<br>Phone: 206-447-4400<br>Email: Ben.Hodges@foster.com<br><br>Attorneys for Plaintiff | *s/ Priscilla T. Chan*<br>PRISCILLA T. CHAN, WSBA No. 28533<br>Assistant United States Attorney<br>Western District of Washington<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Email: Priscilla.Chan@usdoj.gov<br><br>Attorneys for Defendant United States of America |

//
//
//
//
//
//
//
//
//

STIPULATION AND PROPOSED ORDER TO STAY CASE PENDING
RELEASE FROM CUSTODY [Case No. 15-cv-0256-RSL]- 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

## ORDER

The parties having so stipulated and agreed, it is hereby **SO ORDERED**. This case is hereby STAYED until Plaintiff's release from federal custody on the current charges. The parties will alert the Court within ten (10) days of his release so the Court may issue a new trial date and case schedule. The Clerk is directed to send copies of the Order to all counsel of record.

DATED this 4th day of Sept., 2018.

ROBERT S. LASNIK
United States District Judge