The Honorable Robert S. Lasnik-
Referred to The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDON LEE STANLEY,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

No. 15-cv-256-RSL-BAT

STIPULATION AND [PROPOSED]
ORDER FOR EXTENSION OF
DEADLINES FOR DISCLOSURE OF
EXPERT TESTIMONY AND
DISCOVERY

Noting Date: March 10, 2020

Plaintiff Brandon Lee Stanley and Defendant United States of America file this joint stipulation for the Court to enter an order extending the discovery cutoff and the deadline for disclosure of expert witnesses.

On September 4, 2018, the Court stayed the case the case pending Plaintiff's release from federal custody. Dkt. No. 61. On November 19, 2019, the Court lifted the stay and issued an amended case scheduling order, setting the deadline to exchange expert witness reports for March 18, 2020, and the discovery cut off for May 17, 2020. Dkt. Nos. 62 & 63. Upon Plaintiff's release from federal custody, he was detained at the Regional Justice Center in Kent, Washington for attempting to elude a police vehicle, a case originally filed on October 4, 2018. *See* Docket, *State v. Stanley*, Case No. 18-1-05649-3. The notice of arraignment was issued on November 25, 2019. *Id.*, No. 6. Plaintiff is currently in the custody of King County.

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF
DEADLINES FOR DISCLOSURE OF EXPERT TESTIMONY AND
DISCOVERY - 1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

FG:53691402.1

Because of Plaintiff's continued incarceration, the parties have been hindered in their ability to conduct discovery, most notably expert discovery. The parties stipulate to a short extension of the discovery and expert disclosure deadlines as follows:

|  | Current Date | Proposed Date |
|---|---|---|
| Expert Disclosure | March 18, 2020 | April 20, 2020 |
| Discovery | May 17, 2020 | June 16, 2020 |

Good cause exists for a short extension of these two deadlines because Plaintiff's continued incarceration has hindered discovery in this matter and has prevented the parties from adequately engaging in expert discovery. A short extension of the discovery deadline will allow the issuance of rebuttal reports and corresponding discovery related to any such report. No other deadline will be affected.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 10th day of March, 2020.          DATED this 10th day of March, 2020.

BRIAN T. MORAN
United States Attorney

s/ Christopher A. Rogers
Benjamin J. Hodges, WSBA #49301
Christopher A. Rogers, WSBA #49634
FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: ben.hodges@foster.com
Email: christopher.rogers@foster.com
Attorneys for Mr. Stanley

s/ Whitney Passmore
Whitney Passmore, FL # 91922
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: whitney.passmore@usdoj.gov
Attorneys for Defendants

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF
DEADLINES FOR DISCLOSURE OF EXPERT TESTIMONY AND
DISCOVERY - 2

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

FG:53691402.1

1 **ORDER**

2   PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED; the deadline for

3 disclosure of expert testimony under FRCP 26(a)(2) is hereby extended to April 20, 2020 and the

4 discovery deadline is hereby extended to June 16, 2020. No other deadlines are modified.

5

6   Dated this 12th day of March, 2020.

7

8   _____
    The Honorable Robert S. Lasnik
9   United States District Court Judge

10

11 *Stipulated and Presented By:*

12 *s/ Christopher A. Rogers*
   Benjamin J. Hodges, WSBA #49301
13 Christopher A. Rogers, WSBA #49634
   FOSTER GARVEY PC
14 1111 Third Avenue, Suite 3000
   Seattle, Washington 98101-3292
15 Telephone: (206) 447-4400
16 Facsimile: (206) 447-9700
   Email: ben.hodges@foster.com
17 Email: christopher.rogers@foster.com
   Attorneys for Mr. Stanley
18

19 *s/ Whitney Passmore*
   Whitney Passmore, FL # 91922
20 Assistant United States Attorney
   United States Attorney's Office
21 700 Stewart Street, Suite 5220
   Seattle, Washington 98101-1271
22 Phone: 206-553-7970
23 Fax: 206-553-4067
   Email: whitney.passmore@usdoj.gov
24 Attorneys for Defendants

25

26

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF
DEADLINES FOR DISCLOSURE OF EXPERT TESTIMONY AND
DISCOVERY - 3

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

FG:53691402.1