District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON LEE STANLEY, | Case No. C15-0256 RSL |
| Plaintiff, | ORDER ISSUING SUBPOENA DUCES TECUM TO THE WASHINGTON STATE DEPARTMENT OF CORRECTIONS |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

The Court, having reviewed the pleadings and materials in this case, the Court Clerk is hereby ORDERED to issue a Subpoena Duces Tecum to:

The **Washington State Department of Corrections**, 7345 Linderson Way SW, Tumwater, WA 98501, for all medical records in its possession, to include substance abuse records, as it relates to Plaintiff Brandon Lee Stanley (DOB xx/xx/1983), from January 1, 2005 to Present.

DATED this 31st day of March, 2020.

Robert S. Lasnik
United States District Judge

ORDER ISSUING SUBPOENA DUCES TECUM
TO WASHINGTON DEPT. OF CORRECTIONS - 1
C15-0256 RSL