The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDON LEE STANLEY,

                Plaintiff,

     v.

UNITED STATES OF AMERICA, et al.,

                Defendants.

No. 15-cv-256-RSL

STIPULATION AND  ORDER
FOR RELIEF FROM DEADLINES

Plaintiff Brandon Lee Stanley and Defendant United States of America file this joint stipulation for the Court to enter an order to re-note the pending motions filed by the United States of America and subsequently to adjust the remaining deadlines, including trial, to accommodate the later completion of briefing.

On March 8, 2022, Defendant United States of America filed a Motion to Exclude and a Motion for Summary Judgment. *See* Dkt. ## 77 and 79. Counsel for Plaintiff and Defendant met and conferred and to accommodate counsel for Plaintiff's trial schedule, with counsel in trial in this Court the week of March 21st, and personal conflicts in the following weeks, counsel agreed to re-note each motion to grant a one month extension. This would also allow Plaintiff Stanley to be released from custody and aid in the response to said motions as Plaintiff Stanley is currently set for release on April 9, 2022.

Good cause exists for a short extension of these two deadlines because of conflicts in schedules arising from Covid-19 related re-scheduling, pre-existing personal commitments, and

STIPULATION AND ORDER FOR RELIEF FROM DEADLINES - 1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

Plaintiff's upcoming release from custody in California. The Parties recognize that the Court will require adequate time to review the issues once fully briefed and consent to a re-scheduling of the trial and related pre-trial deadlines to accommodate this extension.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 21st day of March, 2022.

DATED this 21st day of March, 2022.

NICHOLAS W. BROWN
United States Attorney

*s/ Benjamin J. Hodges*
Benjamin J. Hodges, WSBA #49301
FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington  98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: ben.hodges@foster.com
Attorneys for Mr. Stanley

*s/ Whitney Passmore*
Whitney Passmore, FL # 91922
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: whitney.passmore@usdoj.gov
Attorneys for Defendants

STIPULATION AND ORDER FOR RELIEF FROM DEADLINES - 2

FG:100175356.1

**FOSTER GARVEY PC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

1

## **ORDER**

2         PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED; the pending

3    motions are re-noted to April 29, 2022 and May 6, 2022 respectively with rescheduled pre-trial

4    dates to be forthcoming.

5

6         Dated this __25th__ day of March, 2022.

7

8    _____
     The Honorable Robert S. Lasnik

9    United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER FOR RELIEF FROM DEADLINES
- 3

FG:100175356.1

**FOSTER GARVEY PC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700