|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE |

BRANDON LEE STANLEY,

              Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

              Defendants.

No. 15-cv-256-RSL

STIPULATION AND ORDER TO RENOTE DEFENDANT'S MOTION TO EXCLUDE

    Plaintiff Brandon Lee Stanley and Defendant United States of America file this joint stipulation for the Court to enter an order to re-note the pending Motion to Exclude (Dkt. # 79) filed by the United States of America to be noted for May 6, 2022.

    Good cause exists for this one-week extension for briefing this motion due to conflicts in schedules and the difficulty around Plaintiff's recent release from custody in California. This extension will not impact any of the dates recently re-set by the Court from the Parties' prior consent motion.

    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Foster Garvey PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3299
Phone (206) 447-4400  Fax (206) 447-9700

| | |
|---|---|
| DATED this 25th day of April, 2022. | DATED this 25th day of April, 2022. |
| | NICHOLAS W. BROWN<br>United States Attorney |
| *s/ Benjamin Hodges*<br>Benjamin J. Hodges, WSBA #49301<br>FOSTER GARVEY PC<br>1111 Third Avenue, Suite 3000<br>Seattle, Washington 98101-3292<br>Telephone: (206) 447-4400<br>Facsimile: (206) 447-9700<br>Email: ben.hodges@foster.com<br>Attorneys for Mr. Stanley | *s/ Whitney Passmore*<br>Whitney Passmore, FL # 91922<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: whitney.passmore@usdoj.gov<br>Attorneys for Defendants |

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED; the pending Motion to Exclude (Dkt. # 79) is re-noted to May 6, 2022.

Dated this 26th day of April, 2022.

*Robert S. Lasnik (signature)*
Robert S. Lasnik
United States District Court Judge

STIPULATION AND ORDER TO RENOTE DEFENDANT'S
MOTION TO EXCLUDE - 2